**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-1624

THINEMAR SWAYZER,

Plaintiff - Appellant,

versus

UNITED STATES DEPARTMENT OF DEFENSE,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (99-1407-A)

Submitted: November 27, 2001        Decided: December 12, 2001

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James A. Endicott, Jr., Harker Heights, Texas, for Appellant. Kenneth E. Melson, United States Attorney, Dennis E. Szybala, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thinemar Swayzer appeals the district court's order dismissing her civil action alleging discrimination under the Rehabilitation Act. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Swayzer v. United States Dep't of Defense, No. 99-1407-A (E.D. Va. filed Mar. 6, 2001; entered Mar. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED